SRP:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6116**CR-DIMITROULEAS

42 U.S.C. 408

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,:

        Plaintiff,

v.

BRUCE D. JOHNSON,

        Defendant.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about August 18, 1997, in Broward County, in the Southern District of Florida, the defendant,

### BRUCE D. JOHNSON,

did knowingly and willfully, with intent to deceive, falsely represent that Social Security Account Number 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 was assigned to him, in that the defendant applied for credit with Modern Age using this Social Security Account Number, when in fact as the defendant well knew, Social Security Account Number 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 was not assigned to him by the Commissioner of Social Security. In violation of Title 42, United States Code, Section 408.

1



## COUNT II

On or about September 3, 1997, in Broward County, in the Southern District of Florida, the defendant,

### BRUCE D. JOHNSON,

did knowingly and willfully, with intent to deceive, falsely represent that Social Security Account Number 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 was assigned to him, in that the defendant applied for a credit card with Household Finance using this Social Security Account Number, when in fact as the defendant well knew, Social Security Account Number 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 was not assigned to him by the Commissioner of Social Security. In violation of Title 42, United States Code, Section 408.

## COUNT III

On or about November 5, 1999, in Broward County, in the Southern District of Florida, the defendant,

### BRUCE D. JOHNSON,

did knowingly and willfully, with intent to deceive, falsely represent that Social Security Account Number 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 was assigned to him, in that the defendant applied for a credit card with Providian Credit Card Company using this Social Security Account Number, when in fact as the defendant well knew, Social Security Account Number 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 was not assigned to him by the Commissioner of Social Security. In violation of Title 42, United States Code, Section 408.

## COUNT IV

On or about November 5, 1999, in Broward County, in the Southern District of Florida, the defendant,

### BRUCE D. JOHNSON,

did knowingly and willfully, with intent to deceive, falsely represent that Social Security Account Number 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 was assigned to him, in that the defendant applied for a credit card with Capital One using this Social Security Account Number, when in fact as the defendant well knew, Social Security Account Number 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 was not assigned to him by the Commissioner of Social Security. In violation of Title 42, United States Code, Section 408.

## COUNT V

On or about November 22, 1999, in Broward County, in the Southern District of Florida, the defendant,

### BRUCE D. JOHNSON,

did knowingly and willfully, with intent to deceive, falsely represent that Social Security Account Number 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 was assigned to him, in that the defendant applied for credit with American General using this Social Security Account Number, when in fact as the defendant well knew, Social Security Account Number 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 was not assigned to him by the Commissioner of Social Security. In violation of Title 42, United States Code, Section 408.

## COUNT VI

On or about November 26, 1999, in Broward County, in the Southern District of Florida, the defendant,

### BRUCE D. JOHNSON,

did knowingly and willfully, with intent to deceive, falsely represent that Social Security Account Number 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 was assigned to him, in that the defendant applied for credit with American General using this Social Security Account Number, when in fact as the defendant well knew, Social Security Account Number 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 was not assigned to him by the Commissioner of Social Security. In violation of Title 42, United States Code, Section 408.

A TRUE BILL

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: <u>BRUCE D. JOHNSON</u>          No. _____

<u>Counts #: I-6 42 U.S.C. § 408 False Use of Social Security Number</u>

<u>*Max. Penalty: Five (5) years' imprisonment; $250,000 fine</u>

<u>Count #:</u>

<u>*Max. Penalty:</u>

<u>Count #:</u>

<u>Max. Penalty:</u>

<u>Count#:</u>

<u>Max. Penalty:</u>

<u>Count#:</u>

<u>*Max. Penalty:</u>

<u>Count #:</u>

<u>*Max. Penalty:</u>

<u>Count #:</u>

<u>*Max. Penalty:</u>

<u>Count #:</u>

<u>*Max. Penalty:</u>

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA        CASE NO. _____

v.

BRUCE D. JOHNSON                **CERTIFICATE OF TRIAL ATTORNEY***
_____  **Superseding Case Information:**

**Court Division:** (Select One)           New Defendant(s)     Yes ____  No ____
                                            Number of New Defendants ____
___ Miami   ___ Key West               Total number of counts   ____
_X_ FTL     ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)  NO _____

   List language and/or dialect  _____

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days         _X_         Petty       ____
   II   6 to 10 days        ____        Minor       ____
   III  11 to 20 days       ____        Misdem.     ____
   IV   21 to 60 days       ____        Felony      _X_
   V    61 days and over    ____
6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No)  NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) NO
7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  _ Yes _X_ No   If yes, was it pending in the Central Region? _ Yes_ No

                                      _/s/ Steven 2 Petri_
                                      _____
                                      STEVEN R. PETRI
                                      ASSISTANT UNITED STATES ATTORNEY
                                      COURT NO. A550048

*Penalty Sheet(s) attached                                  REV.4/7/99