0-cr-06116-WPD    Document 2    Entered on FLSD Docket 05/09/2000    P

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA PETRI/S.A. Ylorka, U.S.S.S.

# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

BRUCE D. JOHNSON

**WARRANT FOR ARREST**

**CASE NUMBER: 00-6116**

TO: **The United States Marshal
and any Authorized United States Officer**

CR-DIMITROULEA

YOU ARE HEREBY COMMANDED to arrest ___BRUCE D. JOHNSON___

Name

**MAGISTRATE JUDGE SNOW**

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense) False Use of Social Security Number

in violation of Title __42__ United States Code, Section __408__

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

FORT LAUDERDALE, FL — May 9, 2000
Date and Location

Bail fixed at $ Pretrial Detention    by __BARRY S. SELTZER__
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ BRUCE D. JOHNSON _____

ALIAS: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____
_____

INVESTIGATIVE AGENCY AND ADDRESS:   Agent Ramon Ylorka, Social Security   954-356-7473
_____