| | | | |
|---|---|---|---|
| DEFT: | Bruce Johnson (J)# | CASE NO: | 00-6116-CR-Dimitrouleas |
| AUSA: | Steve Petri / Nicholson | ATTNY: | |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
MAY 15 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

*d advised of charge, will hire own atty Young Tillicks*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 5-17-00 | 11:00 a.m. | BSS |
| PTD/BOND HEARING: | 5-18-00 | 9:30 a.m. | BSS |
| PRELIM/ARRAIGN./REMOVAL: | 5-18-00 | 9:30 a.m. | BSS |
| STATUS CONFERENCE: | | | |

DATE: 5-15-00   TIME: 11:00am   TAPE # 00-039   PG # 12
                                                  367 500