AO 442 (Rev. 12/85) Warrant for Arrest  AUSA PETRI/S.A. Ylorka, U.S.S.S.    475304

## *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

BRUCE D. JOHNSON

**WARRANT FOR ARREST**

CASE NUMBER **00 - 6116**

TO:    **The United States Marshal
and any Authorized United States Officer**

CR - DIMITROULEAS

YOU ARE HEREBY COMMANDED to arrest_____ BRUCE D. JOHNSON

Name    MAGISTRATE JUDGE
SNOW

and bring  him forthwith to the nearest magistrate to answer a(n)

☒Indictment    □ Information    □ Complaint    □ Order of court    □ Violation Notice    □ Probation Violation Petition

charging  him  with (brief description of offense)  False Use of Social Security Number

CLARKE
'00 MAY 16 A9:21

in violation of Title  42  United States Code, Section __408

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

FORT LAUDERDALE, FL    May 9, 2000
Date and Location

Bail fixed at $_____    by _____
UNITED STATES MAGISTRATE JUDGE
BARRY S. SELTZER
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above defendant at_____<br>Ft Lauderdale, FL |

| DATE RECEIVED<br>05/09/2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | James A. Tassone, USM<br>FOR: USSS | Fred DePompa, SDUSM. |
| DATE OF ARREST<br>05/15/2000 | | |
| | | |