```
UNITED STATES DISTRICT COURT
Southern District of Florida
```

U.S. Marshal #: 55297-004

UNITED STATES OF AMERICA )
            Plaintiff ) Case Number: CR 00-6116-Cr-Dimi
                           ) REPORT COMMENCING CRIMINAL
   -vs-                )         ACTION
                               )
BRUCE DONOVAN JOHNSON )
            Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

FILED by AL D.C.
MAY 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 5/15/00    6:30 am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 42 USC 408, S.S.N. FRAUD, IDENTITY THEFT

(4) U.S. Citizen [ ] Yes  [✓] No  [ ] Unknown

(5) Date of Birth: 2-5-58

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _00-6116_

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES [ ] NO

Amount of Bond: $ PTD
Who set Bond: _____

(7) Remarks: _____

(8) Date: 5-15-00  (9) Arresting Officer: Ramon Correa

(10) Agency: SSA/OIG  (11) Phone: 954-356-7473

(12) Comments: _____

