| | | | |
|---|---|---|---|
| DEFT: Bruce Johnson (J)# | | CASE NO: | 00-6116-CR-Dimitrouleas |
| AUSA: Steve Petri | | ATTNY: | |
| AGENT: | | VIOL: | |
| PROCEEDING: Inquiry re. Counsel | | BOND REC: | FILED by _____ D.C. |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | MAY 1 7 2000 |
| _____ BOND SET @ | | | CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD. |

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House _____
_____ Electronic Monitoring _____

Δ has hired
Atty. Young Tidall

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 5-18-00 | 9:30am | BSS |
| PREXIK/ARRAIGN. OR XXXXXX: | 5-18-00 | 9:30am | BSS |
| STATUS CONFERENCE: | | | |
| DATE: 5-17-00 | TIME: 11:00am | TAPE # 00-042 | PG # 9 |

850-870