COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Bruce Johnson (J)#  CASE NO: 00-6116-CR-Dimitrouleas
AUSA: Steve Petri / Nickolson  ATTNY: Marty Bidwell
AGENT: ___  VIOL: ___
PROCEEDING: PTD/Araraignment  BOND REC: $50,000 Corp Surety
BOND HEARING HELD - yes (no)  COUNSEL APPOINTED: FPD
___ BOND SET @ ___

FILED by ___ D.C.
MAY 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
___ Electronic Monitoring ___

Δ - sworn to counsel
PTD request withdrawn
& Govt requests
$50,000 Corp.
Surety Bond

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standard Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 5-19-00 | NOON | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 6-1-00 | 11:00 | SNOW |

DATE: 5-18-00   TIME: 9:30am   TAPE # 00-043  PG # 3
880-1170