FILED by D.C.
MAY 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6116-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Bruce Johnson

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 5-18-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retain counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date.

DEFENDANT:        Address: In Custody

                  Telephone:

DEFENSE COUNSEL:  Name: FPD

                  Address:

                  Telephone:

BOND SET/CONTINUED: $ In Custody

Bond hearing held: yes____ no X  Bond hearing set for 5-19-00
Dated this 18 day of May, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
    Deputy Clerk

Tape No. 00-043

cc: Clerk for Judge
    U. S. Attorney