FILED by _____ D.C.
DKTG
MAY 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

6116

DEFT: Bruce Johnson   CASE NO: 00-616-CR-Dimitrouleas
AUSA: Bob Nicholson   ATTNY: FPD - Daryl Wilcox
AGENT: _____   VIOL: _____

PROCEEDING: Bond Hearing   BOND REC: _____

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____

X BOND SET @ $100,000.00 - Personal Surety - Co-signed by 4
CO-SIGNATURES: Surety - _____ and sister signed
SPECIAL CONDITIONS: The bond today, the suretys will sign, deft's friend and other sister - Defendant will remain in custody until all Bond Conditions are satisfied.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ X's a week/month by phone; _____ X's a week/month in person.
5) Random urine testing by Pretrial Services. _____ treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
(2) _____ Halfway House: _____
_____ Electronic Monitoring

NEXT COURT APPEARANCE: _____ DATE: _____ TIME: _____ JUDGE: _____
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/APRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: May 19, 2000   TIME: _____   TAPE # 00-044   PG #