FILED by _____ D.C.
JUN - _ 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT__CARLOS COLMENARES_____    CASE NO:__00-6132-CR-FERGUSON

AUSA__LYNN ROSENTHAL_____    ATTY__JOAQUIN PEREZ__    00-028

*Trial set July 3*
*June 26 Cal call*                                           @ 4:00

DEFT__IRVINGS SPIKES_____    CASE NO:__99-6068-CR-ROETTGER

AUSA__~~DAVID CORA~~ Thompson / Nicholson__    ATTY__FPD - Daryl Wilcox__ 09/02

*Disc out - No motions pending*
*Cnsl has not rec'd disc yet. June 16*                       @ 2932
*for motions. possible plea*

DEFT__KENELY TESTAMARK_____    CASE NO:__00-6121-CR-FERGUSON

AUSA__LARRY BARDFELD / Nicholson__    ATTY__FPD - Wilcox for Bidwill__

*Disc out - no pending motions*
*Possible plea*                                             @ 3005

DEFT__BRUCE JOHNSON_____    CASE NO:__00-6116-CR-DIMITROULEAS

AUSA__STEVE PETRI / Bardfeld__    ATTY__FPD Day / Swanger__

*Disc out / possible plea*
*No pending motions*                                        @ 3598

DEFT__STEVEN FELIX ANGELET_____    CASE NO:__00-6135-CR-FERGUSON

AUSA__ROGER POWELL / Bardfeld__    ATTY__MANNY VAZQUEZ__

*Disc out - No pending motions*                             00-028
*possible plea*                                             14

DEFT__THOMAS JARRETT STRINGER_____    CASE NO:__00-6133-CR-DIMITROULEAS

AUSA__ROGER POWELL / Bardfeld__    ATTY__FPD Day / Swanger__

*Disc out - possible plea*
                                                            @ B3

DATE__JUNE 1, 2000_____    TIME 11:00