UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6116-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

BRUCE D. JOHNSON, :

    Defendant. :

**NIGHT BOX FILED**

**JUN - 5 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## AGREED MOTION TO ENLARGE BOND

Bruce D. Johnson ("Johnson"), by counsel, hereby files this Agreed Motion to Enlarge Bond for the following reasons:

1.    On May 19, 2000, Johnson had a bond hearing before the Honorable Barry Seltzer, United States Magistrate Judge. The bond was set at $100,000 Personal Surety with standard conditions and a curfew of 11:00 p.m. to 6:00 a.m.

2.    Johnson is employed at Meal in a Minute, a restaurant, as a manager. His hours are typically 12 noon to 5:30 p.m. He then goes to school from 6:00 p.m. to 10:30 p.m.

3.    Occasionally, the restaurant does catering and Johnson is expected to assist. Those catering jobs are generally on the weekends and are in the late evening (2-3 a.m.).

4.    Steve Petrie, the A.U.S.A. in charge of this case has no objection to the granting of this motion.



WHEREFORE, Bruce D. Johnson hereby requests that his curfew be extended on those evenings when he is required by his employment to work at catering events. It is suggested that he be required to inform Pretrial Services on those evenings when he is to work, with a projected time he would return home.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 5 day of June, 2000 to Steve Petrie, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Samuel J. Smargon

S:\SMARGON\Johnson.Bruce.enlarge.01