UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6116-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

BRUCE D. JOHNSON, :

    Defendant. :
_____/

## ORDER GRANTING AGREED MOTION TO ENLARGE BOND

THIS CAUSE having come before the Court on Defendant's Agreed Motion to Enlarge Bond and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's agreed motion to enlarge bond is hereby GRANTED. The defendant's curfew will be extended on these evenings when he is required to work. The defendant is required to inform Pretrial Services on those evenings when he is to work, with a projected time he will return home.

DONE AND ORDERED at Fort Lauderdale, Florida, this ___ day of June, 2000.

                WILLIAM P. DIMITROULEAS
                UNITED STATES DISTRICT JUDGE

cc:    Samuel J. Smargon, AFPD
       Steve Petrie, AUSA
       Pretrial Services