**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6116-CR-WPD    DATE: June 23, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Bruce Johnson

U.S. ATTORNEY: Steve Petri    DEFT. COUNSEL: Sam Smargon

REASON FOR HEARING: ~~Arraignment on Superceding~~ Indictment & Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. ~~Deft arraigned on new charges.~~ Deft to enter guilty plea. Court accepts guilty plea. Gov't agrees to dismiss Counts 2-6 @ Sentencing.

JUDGMENT: _____

CASE CONTINUED TO: 9/1    TIME: 10:15    FOR: Sentencing
MISC: Written Plea Agreement filed

