**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6116-CR-WPD    DATE: September 1, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Jim Pearce    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Bruce Johnson

U.S. ATTORNEY: Steve Petri    DEFT. COUNSEL: Alex Smargon
Eileen O'Connor

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
5 years probation, $18,131 Restitution
to be paid during 5 year Probationary term
No Fine, $100 Assessment
- the first 6 months of probation be
spent in home detention.

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: Deft Informed of Right to appeal.

