# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**BRUCE D. JOHNSON**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06116-001**

Samuel Smargon, AFPD/Steven Petri, AUSA
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 42 U.S.C. § 408 | False Use of a Social Security Number | 08/18/1997 | 1 |

FILED by _____ D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through ____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) **ALL REMAINING** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **04/15/1958**
Defendant's USM No.: **55297-004**
Defendant's Residence Address:
**215 SW 117th Terrace, # 105**
**Pembroke Pines**
Defendant's Mailing Address:
**215 SW 117th Terrace, # 105**
**Pembroke Pines**

09/01/2000
Date of Imposition of Judgment

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

September 1, 2000
Date

Certified to be a true correct copy of the document on file
Clarence Maddox
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 9/01 33025



No further action required by
the U.S. Marshals Service.

JAMES A TISDALE
UNITED STATES MARSHAL

Ed Purnise SDUSM