AO 245C (Rev. 8/96) Sheet 1 - Amended Judgment in a Criminal Case                       (NOTE: Identify Changes with Asterisks (*))

# United States District Court
## Southern District of Florida

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **BRUCE D. JOHNSON** | Case Number: **0:00CR06116-001** |

**Date of Original Judgment:** 09/01/2000
*(or Date of Last Amended Judgment)*

Samuel Smargon, AFPD/Steven Petri, AUSA
Defendant's Attorney

**Reason for Amendment:**

☐ Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))
☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(c))
☒ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255
   ☐ 18 U.S.C. § 3559(c)(7), or   ☐ Modification of Restitution Order

**THE DEFENDANT:**

☒ pleaded guilty to count(s) __1__
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 42 U.S.C. § 408 | False Use of a Social Security Number | 08/18/1997 | 1 |

FILED by ___ D.C.
SEP 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) __ALL REMAINING__ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 09/01/2000 |
| Defendant's Date of Birth: 04/15/1958 | Date of Imposition of Judgment |
| Defendant's USM No.: 55297-004 | |
| Defendant's Residence Address: | |
| *215 SW 117th Terrace, #105 | /s/ (signature) |
| Pembroke Pines | Signature of Judicial Officer |
| FL 33025 | **WILLIAM P. DIMITROULEAS** |
|  | **UNITED STATES DISTRICT JUDGE** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| *215 SW 117th Terrace, #105 | |
| Date 9/4/00 By (Deputy Clerk) | September 11, 2000 |
| Pembroke Pines FL 33025 | Date |

Certified to be a true and correct copy of the document on file
Clarence Maddox 33025
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk



No further action **required by** the U.S. Marshals **Service.**

James A. Tassone
UNITED STATES **MARSHAL**

Glenn Meyer ADUSM