PROB 12A  
(SD/FL 9/96)  
SD/FL PACTS No. 63898

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

### Report on Offender Under Supervision

Name of Offender: Bruce D. Johnson  Case Number: 0:00CR-6116-001

Name of Sentencing Judicial Officer: The Honorable Judge William P. Dimitrouleas, United States District Court, Ft. Lauderdale, Florida

Date of Original Sentence: September 1, 2000

Original Offense: False Use of a Social Security Number in violation of Title 42 U.S.C. § 408, a class "D" felony

Original Sentence: Five (5) years probation with the following special conditions imposed: 1) the first five (5) months of probation are to be spent in home confinement; 2) if deported, the defendant shall not re-enter the United States without the express permission of the United States Attorney General; 3) the defendant shall participate in an approved drug treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer; and 4) pay restitution in the amount of $18,131.00 during the term of probation.

Type of Supervision: Probation  Date Supervision Commenced: September 1, 2000

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **VIOLATION OF MANDATORY CONDITION,** by unlawfully possessing or using a controlled substance. On or about September 1, 2000, the probationer, submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory and subsequently confirmed positive by Pharm Chem Laboratories, Incorporated.



PROB 12A  
(SD/FL 9/96)  
SD/FL PACTS No. 63898

U.S. Probation Officer Action:

On September 1, 2000, Mr. Johnson began his five year term of probation. On the same day, he reported to the U.S. Probation Office for an intake appointment. A urine specimen was taken as part of the intake process. The urine specimen tested positive for the presence of cocaine in our local laboratory and was subsequently confirmed positive by Pharm Chem Laboratories, Incorporated on September 11, 2000. Mr. Johnson met with this officer on September 15, 2000, and the positive urine specimen was discussed. Mr. Johnson denied the use of cocaine. This officer is unable to determine if the cocaine use occurred prior to the commencement of probation or after the commencement of probation. Mr. Johnson was sanctioned to report two times per week for sixty days for urine tests. He was also referred to Compass Health Systems for weekly group counseling sessions and bi-weekly individual counseling sessions.

Respectfully submitted,

by

Barbra J. Somoano  
U.S. Probation Officer  
Date: September 20, 2000

BJS/

Reviewed by:

Beverly Young, Supervising  
United States Probation Officer

---

[X] Concur with action(s) taken by the U.S. Probation Officer  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

September 25, 2000  
Date